**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00922-CV
_____

### 4922 HOLDINGS, LLC AND HORIZON UNITED GROUP INTERNATIONAL, LLC, Appellants

### V.

### SALVADOR RIVERA D/B/A RIVERA'S COMMERCIAL, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2017-30658**

## O R D E R

The notice of appeal in this case was filed December 2, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that cross-appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Cross-appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 24, 2020.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.